IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.                                        CRIMINAL ACTION NO. TDC-16-0437

ANATOLY FEDOROVSKY

　　　　　Defendant,

## NOTICE OF APPEAL

Notice is hereby given that Anatoly Fedorovsky, the defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and sentence entered in this action on April 5, 2017.

Dated:    April 11, 2017

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Albert Y. Dayan, Esq. (AYD-5222)
　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　ANATOLY FEDOROVSKY
　　　　　　　　　　　　　　　　80-02 Kew Gardens Rd., Ste. 902
　　　　　　　　　　　　　　　　Kew Gardens, New York 11415
　　　　　　　　　　　　　　　　(718) 268-9400 (T)
　　　　　　　　　　　　　　　　(718) 268-9404 (F)
　　　　　　　　　　　　　　　　dayanlaw@aol.com