IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

v.  Case No. TDC-8-16-CR-0437-0001

ANATOLY FEDOROVSKY,
         Defendant.

## MOTION FOR RELEASE PENDING APPEAL AND TO STAY IMPRISONMENT PENDING APPEAL

Defendant Anatoly Fedorovsky, by and through his undersigned counsel, and pursuant to Fed. R. Crim. P. 38, hereby moves the Court for release pending appeal and to stay his imprisonment pending the resolution of his appeal of the Court's final judgment entered on April 5, 2017. A memorandum of law in support of this motion and proposed order are filed herewith.

Dated: May 3, 2017

Respectfully submitted,

_____/s/_____
Albert Y. Dayan (AYD-5222)
80-02 Kew Gardens Rd.,
Kew Gardens, N.Y. 11415
Tel: (718) 268-9400
Fax: (718) 268-9404
dayanlaw@aol.com