**ALBERT Y. DAYAN**
Attorney at Law

80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415
Tel: (718) 268-9400:   Fax: (718) 268-9404

**By ECF**

May 8, 2017

The Honorable Theodore D. Chuang
United States District Judge for the
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:   United States v. Anatoly Fedorovsky
             Case No. TDC-16-0437

Dear Judge Chuang:

    I respectfully submit this letter on behalf of the defendant, Anatoly Fedorovsky, with reference to defense motion and memorandum filed by ECF on May 3, 2017.

    Your Honor, defense counsel respectfully asks that the issues raised in the referenced motion be resolved by Friday, May 12, 2017, or, in the alternative that defendant Anatoly Fedorovsky's surrender date of Monday, May 15, 2017, be extended for thirty days.

    Thank you Your Honor.

                             Very truly yours,

                               /s/
                           Albert Y. Dayan
                           Attorney at Law

cc.   David Salem
       U.S. Attorney Maryland