FILED ENTERED
LOGGED RECEIVED
MAY 10 2017
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

ANATOLY FEDOROVSKY,

Defendant.

Criminal Action No. TDC-16-0437

## ORDER

Pending before the Court is Defendant Anatoly Fedorovsky's letter requesting either that his Motion for Release Pending Appeal be resolved prior to his surrender date of May 15, 2017, or that the surrender date be extended thirty days. Upon review of the letter, which the Court construes as a Motion for Expedited Briefing, it is hereby ORDERED that:

1. The Motion for Expedited Briefing, ECF No. 43, is GRANTED IN PART.
2. Fedorovsky's surrender date shall be extended until **May 22, 2017 at 2:00 p.m.**
3. The Government's Opposition to the Motion for Release Pending Appeal is due **May 15, 2017**.
4. Any Reply Brief is due **May 17, 2017**.

U.S. MARSHALS
GREENBELT, MD.
2017 MAY 10 AM 11: 15

Date: May 10, 2017

THEODORE D. CHUANG
United States District Judge