**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA

v.

ANATOLY FEDOROVSKY,

Defendant.

Criminal Action No. TDC-16-0437

# ORDER

Upon consideration of Defendant Anatoly Fedorovsky's letter requesting an extension of his deadline to surrender, which the Court construes as a Motion, it is hereby ORDERED that the Motion, ECF No. 51, is DENIED.

Date: May 19, 2017

THEODORE D. CHUANG
United States District Judge