**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANATOLY FEDOROVSKY,<br><br>Defendant. | Criminal Action No. TDC-16-0437 |

# ORDER

On April 6, 2017, the Court ordered Defendant Anatoly Fedorovsky to "surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal before 2:00 p.m. on Monday, May 15, 2017." ECF No. 36. On May 10, 2017, the Court extended Fedorovsky's surrender date until May 22, 2017 at 2:00 p.m. ECF No. 46. On May 18, 2017, Fedorovsky filed a Motion stating that he had not received the Bureau of Prisons written notice designating a facility and requesting another extension. ECF No. 51. The Court denied the Motion. ECF No. 53. Thus, pursuant to the Court's Order of May 10, 2017, ECF No. 46, Fedorovsky was required to surrender to the United States Marshal by 2:00 p.m. on May 22, 2017. Fedorovsky failed to do so. Accordingly, it is hereby ORDERED that the Clerk shall issue a warrant for Fedorovsky's arrest.

Date: May 22, 2017

THEODORE D. CHUANG
United States District Judge